# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DIEP,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE et al.,<br><br>　　　　Respondents. | No. SA CV 11-01443-VBF (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge, final judgment is hereby entered in favor of the respondents and against petitioner Christopher Diep.

DATED:   October 8, 2015

_Valerie Baker Fairbank_
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE